IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07- |
| v. | : | DATE FILED: |
| KIA REID | : | VIOLATION:<br>18 U.S.C. § 245 (threats interfering with federally protected activities - 1 count) |
| | : | |

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

1. Defendant **KIA REID** was employed at the Sheraton Suites Hotel near the airport in Philadelphia, Pennsylvania.

2. N.T. was employed as a manager at the Sheraton Suites Hotel. N.T. was born in Cairo, Egypt, and is a practicing Muslim and the mother of two children.

3. During the early morning hours of Monday, October 2, 2006, N.T., who had returned to her office after being away for a week at an out of town business meeting, received an anonymous threatening letter which had been left for her in her office at the hotel. The letter was contained in a small envelope with N.T.'s name in a large handwritten script with a childish appearance. Inside that envelope was a partial sheet of lined paper. On the lined paper, the author had affixed words and phrases which appeared to be cut from publications, including the phrases "REMEMBER 9/11," "You and your kids will pay," "tie onto the fence," "patriotism and anger along with desire for revenge,""strategically planned," and "death."

4.	On or about October 2, 2006, in the Eastern District of Pennsylvania, defendant

**KIA REID,**

by force and threat of force, willfully intimidated and interfered with, and attempted to intimidate and interfere with, N.T., an Arab-American woman, because of N.T.'s race, color, religion, and national origin, and because she was and had been enjoying employment, and any perquisite thereof, by a private employer; that is, defendant sent a threatening note to N.T. at her place of employment, the Sheraton Suites Hotel, stating among other things, "REMEMBER 9/11," "You and your kids will pay," "tie onto the fence," "patriotism and anger along with desire for revenge," and "death."

In violation of Title 18, United States Code, Section 245(b)(2)(C).

	**PATRICK L. MEEHAN**
	**UNITED STATES ATTORNEY**